IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE HAMPTION, #197002, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:16-CV-973-WKW<br>)<br>) |
| CAPT. BALDWIN, *et al.*, | )<br>) |
| Defendants. | ) |

## **ORDER**

On April 6, 2017, the Magistrate Judge filed a Recommendation. (Doc. # 53.) Plaintiff timely filed an objection, but the objection does not challenge the Magistrate Judge's Recommendation that Officers Johnson and Joushua be dismissed on grounds that there is no record that officers by these names participated in the shakedown at Draper Correctional Facility. (Doc. # 54.) Rather, Plaintiff contends that he has been unable to ascertain the identities of the additional officers who participated in the shakedown. An objection is not the proper place to raise this argument.

Based upon an independent and *de novo* review, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 54) is OVERRULED;

(2) The Magistrate Judge's Recommendation (Doc. # 53) is ADOPTED;

(3) Plaintiff's claims against Officers Johnson and Joushua are dismissed, and the Clerk of the Court is DIRECTED to terminate these officers as Defendants; and

(4) This action is REFERRED back to the Magistrate Judge for additional proceedings against Defendants Baldwin, Ellington, Williams, Copeland, and Melton.

DONE this 24th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE