IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE HAMPTON, #197002, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-973-WKW |
| ) | |
| CAPT. BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the file in this case, and in the interest of justice, it is

ORDERED that on or before August 28, 2017 the correctional defendants shall allow the plaintiff to view photographs of each officer on the CERT team(s) that participated in the search of his dorm on December 13, 2016. The photographs should identify the pictured officer. It is further

ORDERED that on or before September 11, 2017 the plaintiff may file an amendment to his complaint identifying those officers who were present during his alleged assault on December 13, 2016.

DONE this 3rd day of August, 2017.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE