IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE HAMPTION, #197002, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:16-CV-973-WKW [WO] |
| CAPT. BALDWIN, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 118.) No party filed an objection to the Recommendation. Based upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 118) is ADOPTED;

(2) Plaintiff's motion to dismiss (Doc. # 117) is GRANTED;

(3) Plaintiff's claims against Defendant Terry Edwards are DISMISSED without prejudice;

(4) The Clerk of the Court is DIRECTED to reflect in the court's electronic record that, as of today's date, Terry Edwards is terminated as a party to this action; and

(5)     This action is REFERRED back to the Magistrate Judge for further appropriate proceedings against the remaining Defendants.

DONE this 26th day of April, 2018.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE