IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE HAMPTON, #197002, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-cv-973-ECM |
| | ) (WO) |
| CAPTAIN BALDWIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On June 17, 2019, the Magistrate Judge entered a Recommendation (doc. 149) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. that the Recommendation of the Magistrate Judge is ADOPTED;

2. the correctional defendants' motion for summary judgment with respect to the Plaintiff's claims seeking monetary damages from them in their official capacities is GRANTED and these claims are DISMISSED with prejudice as Warden Ellington, Captain Baldwin, and Officer Sanders are entitled to absolute immunity from such damages;

3. the motion for summary judgment filed on behalf of the correctional defendants in their individual capacities as to the Plaintiff's excessive force

claim against Officer Sanders and his failure to protect claim against Captain Baldwin is DENIED;

4. Warden Ellington's motion for summary judgment is GRANTED;

5. Nurse Sagers-Copeland's motion for summary judgment is GRANTED;

6. This case is REFERRED BACK to the Magistrate Judge for an evidentiary hearing on the Plaintiff's surviving claims of excessive force against Officer Sanders and failure to protect against Captain Baldwin for monetary damages in their individual capacities.

Done this 15th day of July, 2019.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE