IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE HAMPTON, #197002, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-cv-973-ECM |
| | ) | (WO) |
| CAPTAIN BALDWIN, in his individual capacity, also known as JEFFERY BALDWIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On August 14, 2019, the Magistrate Judge entered a Recommendation (doc. 158) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. judgment is entered in favor of Captain Baldwin and against the Plaintiff on the Plaintiff's failure to protect claim;

3. judgment is entered in favor of the Plaintiff and against Officer Sanders on the Plaintiff's excessive force claim;

4. the Plaintiff is awarded One Thousand Dollars ($1000.00) in damages against Officer Sanders, for which Officer Sanders is liable in his individual capacity, and for which execution may issue.

5. Court costs in the amount of Three Hundred and Fifty Dollars ($350.00) are taxed against Officer Sanders, for which execution may issue.

6. this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

Done this 16th day of September, 2019.

      /s/ Emily C. Marks
     EMILY C. MARKS
     CHIEF UNITED STATES DISTRICT JUDGE